# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

January 8, 2025

The Hon. Nelson Román
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Austin Suman*, Case No. 24-cr-700 (NSR)

Dear Judge Román,

I am writing to request that Mr. Suman's upcoming status conference scheduled for January 10, 2025 be adjourned until March 27, 2025 at 11:00. Defense counsel has not yet received discovery, but understands it will be provided as soon as possible. This requested adjournment will allow time for defense counsel and her client to review discovery and determine how best to resolve the case.

AUSA Watson has no objection to this request. If granted, AUSA Watson will file a motion to exclude time, to which defense counsel has no objection.

Sincerely,

Rachel Martin
Assistant Federal Defender

cc: AUSA Reyhan Watson

**In light of the fact Deft. has not yet received discovery and will need time to review it, Deft's request to adjourn the Status Conf. from Jan. 10, 2025 until March 27, 2025 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 10.**
**Dated: White Plains, NY**
**January 8, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/08/2025