Honorable Judge Roman,

My name is AUSTIN J. SUMAN and I am currently in Westchester County Jail under federal case #24 MJ 3923.

I would like to express my apologies regarding my actions directed towards Ms. Gomez via Facebook and email. Yes, I was angry and upset but that is no excuse. I made wrong choices in communicating with Ms. Gomez, who also has a right to be upset. I am sorry for writing comments and creating such a hostile situation. I felt very much hurt and emotionally distraught after reading Ms. Gomez's articles she had written about me on Facebook and Google with the content that is not depicting who I really am and was not true at all. The gravity of her articles made a huge negative impact on me and my family's well-being over the years. I had been asked questions about it when applying to jobs and managers had brought it up before. It was a thorn in my side. It had recently been mentioned to me again. That sense of anger and emotional distress returned. My reaction was to write those horrible message to Ms. Gomez and should have never done that and I truly apologize for that. I regret the pain my actions caused her and her family.

Honorable Judge Roman, Please kindly accept my apologies. I should not have said it. I shouldn't have written it. I'm finding new ways to manage my emotions. I want to focus on my own self and avoid people and situations that would anger me. I know I don't have to act on my feelings. I can process my anger and hurt in different more productive ways. I want to be a positive change within my community. I have never been incarcerated before. This has been a huge wakeup call. I see the gravity of the situation and the impact of my words and choices.

Thank you for your kind understanding and guidance.

Respectfully,
Austin J. Suman