Katherine Barbero
[redacted]

June 9th 2025

Honorable Nelson Roman
United States District Judge
Southern District of New York

Honorable Judge Roman,

My name is Kathy Barbero and I am writing you in reference to my son, Austin Suman.

I'd like to thank you for the opportunity to present some positive information on my son Austin and to bring to light some of the experiences that have led to him becoming incarcerated.

Austin is the youngest of my three children. As a child my memories are of a happy little boy who was extremely independent and hard-working at a young age.

[redacted]. His father and I had divorced at this point and Austin had a very close relationship with his stepfather.

By the age of 13-14, Austins personality began to change. He was spending a lot of time with his older brother, and it wasn't until later that we discovered that he had been [redacted]. By the age of 18, [redacted]



Although both boys went into treatment,

When he came back from he rented an apartment with a friend. He and the friend got into an argument and the friend

Austin was taken to the police station and booked. The very next day his friend dropped the charges and Austin was released.

An internet reporter in our town who makes her living by posting booking shots on Facebook and Instagram, posted his picture. At that point her followers made critical comments of his booking picture calling him ugly and going on to say with a face like that he could only be a criminal. The police had found marijuana in the house also and so her readers also called him a drug addict in their references. I remember him being in tears of embarrassment over this

Fast forward five years later and Austin started a job working for UPS. He was quickly promoted and eventually became a loading dock supervisor. He was very proud of this accomplishment and finally felt that his life had a direction.

He bought himself a motorcycle and one evening as he headed to work, a young girl cut him off causing an accident that

He came home from NY to live with us in SC .

At the end of the two years, he started preparing a resume to apply for work.

On the night that he was convicted of threatening a news reporter we had a terrible argument. He went into his room and took a 12 pack of beer with him. He apparently googled himself and the first thing to come up was the arrest record from five years previous. He felt hopeless because the physical handicap would impede his ability to get a job and now the incident from years ago which ended up in dropped charges was still there to haunt him. He unleashed a drunken verbal tirade on the reporter.

I don't mean to tell this story to imply that I condone this behavior but would like to shed some understanding on why he acted out in such a terrible way.

He swears he had no intent to carry out his threats and doesn't even clearly remember sending those messages as he had been drinking. I have never seen him as the kind of person that would hurt anyone.

He and we, his family, understand the severity of the threat and why he is where he is.

I hope that at this point he can be allowed to come home with us. I would like to see him have some mental health counseling to find more useful ways to deal with anger. He has not really dealt with his years of addiction or the past hurts of an absentee father.

He has a stepfather who loves him very much and both of us would like to get him home. I [redacted] [redacted]. He [redacted] [redacted] [redacted] I speak to him nightly

since he has been incarcerated. I [redacted] I'm hoping that the time he has served will be enough and we can get him back to living a productive life. We are there for him in any way that he needs.

Thank you for reading to this point. I know all parents want to see there child as good and whole. I know that this young man has seen a tremendous amount of pain in his short life and I'm hoping that somehow, he can still have a positive future.

Regards,

Kathy

(Austins mom)

Sincerely,

Katherine Barbero