UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AUSTIN SUMAN,

             Defendant.

24 Cr. 700 (NSR)

**STIPULATION**

(Modifications to Final PSR)

       IT IS HEREBY STIPULATED AND AGREED by and between Reyhan Watson, Assistant United States Attorney, and Austin Suman, the defendant, by and with the consent of his attorney, Rachel Martin, Esq., that the following changes be made to the FINAL PRESENCE INVESTIGATION REPORT (Date July 29, 2025):

1.     Paragraph 8, line 2: Replace the word "several" with the word "two."

2.     Paragraph 12: Delete the sentence: "Law enforcement spoke with several people close to SUMAN after his arrest who described him as 'extremist'."

3.     Paragraph 30, line 2: Replace the word "others" with the words "one other person."

4.     Paragraph 32: Add the following line to the end of the paragraph: "No arrest was made."

5.     Paragraph 33: Add the following line to the end of the paragraph: "No arrest was made."

6.     Paragraph 38: Add the following line to the end of the paragraph: "All parties agree that this arrest did not result in a conviction."

7.     Paragraph 49: In the seventh line down, insert the word "not" between the words "did" and "make." Thus, the phrase should read: "…his father did not make any effort…"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/01/2025__

**Signatures on page 2**

Dated: White Plains, New York
       August 1, 2025

By:    _____
          Reyhan Watson
          Assistant United States Attorney

_____
Rachel Martin, Esq.

**Dated: August 1, 2025**
      **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2